516 A.2d 671

**COMMONWEALTH of Pennsylvania**

v.

**Michael LARKIN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 7, 1986.

Petition for Allowance of Appeal GRANTED, No. 127 E.D. Appeal Docket 1986.